JULY 13, 1953

No. 57430.—SUIT 4775.—United States v. Douglas Paper Company and Border Brokerage Company.——C. D. 1501. (Appeal dismissed May 13, 1953.)

JULY 14, 1953

No. 57431.—SUIT 4748.—Keuffel & Esser Co, v. United States.— —C. D. 1428 affirmed March 11, 1953. C. A. D. 516.